```
     IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF GEORGIA
                     AUGUSTA DIVISION
```

RACHEL RICKERSON,              *
                               *
     Plaintiff,                *
                               *
          v.                   *     CV 124-127
                               *
CAROLYN W. COLVIN, Acting      *
Commissioner of Social         *
Security,                      *
                               *
     Defendant.                *
                               *
                               *

# O R D E R

Before the Court is the Acting Commissioner of Social Security's ("Commissioner") consent motion for entry of judgment with reversal and remand. (Doc. 14.) The Commissioner moves the Court to reverse and remand this case pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Id. at 1.) Under that sentence, the Court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents a new decision will be issued on remand. (Doc. 14, at 1.)

Upon due consideration, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion (Id.) is **GRANTED**. The Commissioner's decision is **REVERSED**, and this action is **REMANDED**

for further proceedings. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Plaintiff, **TERMINATE** all pending motions and deadlines, if any, **REMAND** this action to the Commissioner for further proceedings, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA